UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:21-cv-01565-RBD-LRH

Plaintiff,

v.

CADILLAC ACCOUNTS RECEIVABLE
MANAGEMENT INC

Defendant.
_____/

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff RIMA ABRAHAM discloses the following persons and/or entities as having a financial interest in the outcome of this case:

  (a)  RIMA ABRAHAM.

  (b)  Plaintiff's attorney, the Law Offices of Jibrael S. Hindi, PLLC;

  (c)  Plaintiff's attorney, Jibrael S. Hindi, Esq.;

  (d)  Plaintiff's attorney, Thomas J. Patti, Esq.; *and*

  (e)  CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT INC.

### Local Rule 3.03(b) Certification

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: July 20, 2021

Respectfully Submitted,

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136

*COUNSEL FOR PLAINTIFF*

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 20, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

 /s/ Thomas J. Patti

**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377